# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

CARPENTERS COMBINED FUNDS, INC., BY
JAMES R. KLEIN, ADMINISTRATOR

SUMMONS IN A CIVIL ACTION

V.

AARON CONTRACTING, INC.

CASE NUMBER: _____

TO: (Name and address of Defendant)

Aaron Contracting, Inc.
540 Delwar Road
Pittsburgh, PA 15236

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY          (name and address)

Jeffrey J. Leech, Esquire
Jonathan A. Orie, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

an answer to the complaint which is served on you with this summons, within       twenty   days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court
within a reasonable period of time after service.


CLERK _____          DATE _____


(By) DEPUTY CLERK _____       DATE _____

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

_____

☐ Returned unexecuted:

_____

_____

_____

☐ Other (specify):

_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.